387 A.2d 109

Commonwealth v. Ortiz, Appellant.

Argued December 8, 1977. Mitchell S. Lipschutz, for appellant; Laurie S. McKissock, Assistant District Attorney, with her F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN and SPAETH, JJ., dissent.